UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BONUS OF AMERICA, INC., a Texas corporation, | Civil No. _____ |
| Plaintiff, | |
| vs. | |
| ANGEL FALLS SERVICES, L.L.C., a Minnesota limited liability company; GAVIN HART, an individual; DESIREE SANCHEZ, an individual; PATRON SUPPLY, INC., a Minnesota corporation; and ANA DIAZ, an individual, | **PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |
| Defendants. | |

TO: THE ABOVE-NAMED DEFENDANTS.

PLEASE TAKE NOTICE that on _____, 2010, at _____ A.M. before the Hon. _____, United States District Court Judge for the District of Minnesota, Courtroom 14E, 300 S. Fourth Street, Minneapolis, MN 55415, Plaintiff Bonus of America, Inc. ("BOA") shall move the Court for an order allowing it to conduct expedited discovery for the purposes of its motion for a temporary injunction. Specifically, BOA requests that it be allowed to take the deposition of Derika Smith, an employee of defendants Angel Falls Services, LLC and Patron Supply, Inc. and immediately serve the Expedited Discovery Requests attached hereto for the purposes of establishing that Defendants are operating a competing cleaning and building

maintenance service business in violation of the in term non-compete provision set forth in Section 3.30 of the applicable Master Franchise Agreements.

This motion is based upon the Verified Complaint, the accompanying memorandum of law, and upon all of the files, records and proceedings herein.

Dated:  May 21, 2010.                GRAY, PLANT, MOOTY,
                                        MOOTY & BENNETT, P.A.


                                     By  s/Craig P. Miller
                                        Craig P. Miller (#26961X)
                                        Erin B. Stein (#0390260)
                                     500 IDS Center
                                     80 South Eighth Street
                                     Minneapolis, MN  55402
                                     Telephone:  612-632-3258
                                     Facsimile:  612-632-4258
                                     craig.miller@gpmlaw.com
                                     erin.stein@gpmlaw.com

                                     ATTORNEYS FOR PLAINTIFF

GP:2776296 v1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BONUS OF AMERICA, INC., a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANGEL FALLS SERVICES, L.L.C., a Minnesota limited liability company; GAVIN HART, an individual; DESIREE SANCHEZ, an individual; PATRON SUPPLY, INC., a Minnesota corporation; and ANA DIAZ, an individual,<br><br>　　　　Defendants. | Civil No. _____<br><br><br><br>**PLAINTIFF'S EXPEDITED DISCOVERY REQUESTS** |

TO:   THE ABOVE NAMED DEFENDANTS.

PLEASE TAKE NOTICE that plaintiff Bonus of America, Inc. ("BOA") demands timely answers to the following interrogatories and document requests under oath pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure within the time frame set by the Court pursuant to the Court's Order granting BOA's Motion for Expedited Discovery.

The interrogatories and document requests shall be deemed continuing so as to require supplemental answers if Defendants obtain further information between the time answers are served and the time of trial.

## DEFINITIONS

1.   "Document" means any written, printed, typed or recorded matter of any kind in a fixed medium and specifically includes all email, electronic mail, voicemail, electronic bulletin board postings, voice recordings, records as well as documents or writings stored in computer

hard drives, flash drives, magnetic media, floppy disks, tapes, and optical or laser-based media including but not limited to DVD and CD-Rom.

2.	When these discovery requests refer to "Angel Falls Services, L.L.C. d/b/a Bonus Building Care in Minneapolis ("Bonus of Mpls") or "Patron Supply, Inc. ("Patron")" it specifically includes each entity's owners, shareholders, officers, directors, members, employees, agents and all others acting on their behalf.

## INTERROGATORIES

**INTERROGATORY NO. 1:**  Identify by name, address and telephone number all individuals employed by Angel Falls Services L.L.C. d/b/a "Bonus Building Care of Minneapolis" ("Bonus of Mps"), or retained by Bonus of Minnesota as independent contractors, from January 1, 2009, to the present, including their title, if any, and job description.

**INTERROGATORY NO. 2:**  Identify by name, address and telephone number all Bonus of Mpls customers during the period August 20, 2007, to the present.

**INTERROGATORY NO. 3:**  Identify by name, address and telephone number all Bonus of Mpls Unit Franchisees during the period January 1, 2009, to the present.

**INTERROGATORY NO. 4:**  Identify by name, address and telephone number all sub-contractors of Bonus of Mpls during period January 1, 2009, to the present.

**INTERROGATORY NO. 5:**  Identify by name, address and telephone number all individuals employed by Patron Supply, Inc. ("Patron"), or retained by Patron as independent contractors, during the period January 1, 2009 to the present, including their title, if any, and job description.

**INTERROGATORY NO. 6:**  Identify by name, address and telephone number all individuals or entities that have an ownership interest or monetary interest in Patron.

**INTERROGATORY NO. 7:**  Identify each customer that Patron sold supplies to or provided services to, either directly or through a sub-contractor, during the period January 1, 2009, to the present. For each customer, please provide: (1) the name and address of the customer; (2) a description of the type of services or supplies provided to the customer; and (3) the date and location at which the services were performed or the supplies were provided.

**INTERROGATORY NO. 8:**  Identify by name, address and telephone number all sub-contractors of Patron during the period January 1, 2009, to the present.

**INTERROGATORY NO. 9:**  Identify and describe in detail the current location and/or disposition of all of Bonus of Mpls' assets, including, but not limited to, customer lists, customer files, customer records, office furniture and equipment, vehicles, tools, cell phones, computers and computer software, fax machines, blue prints, financial records and employee records.

**INTERROGATORY NO. 10:**  Identify and describe in detail the current location and/or disposition of all of Patron's assets, including, but not limited to, customer lists, customer files, customer records, office furniture and equipment, vehicles, tools, cell phones, computers and computer software, fax machines, blue prints, financial records and employee records.

**INTERROGATORY NO. 11:**  Identify and describe in detail all written and/or oral agreements between Defendants Gavin Hart, Desiree Sanchez, Ana Diaz, Bonus of Mpls and Patron, with respect to any of the assets identified in the Interrogatories numbered 9 and 10 above.

**INTERROGATORY NO. 12:**  Identify all locations from which Bonus of Mpls has conducted its business operations during the period January 1, 2009, to the present and specifically identify the location from which Bonus of Mpls currently conducts its business operations..

**INTERROGATORY NO. 13**:  Identify all locations from which Patron has conducted its business operations during the period January 1, 2009, to the present and specifically identify the location from which Patron currently conducts its business operations.

**INTERROGATORY NO. 14:**  Identify all telephone and fax numbers used by Bonus of Mpls since January 1, 2009, specifically identifying the telephone and fax number that Bonus of Mpls is currently using to conduct its business.

**INTERROGATORY NO. 15:**  Identify all telephone and fax numbers used by Patron since January 1, 2009, specifically identifying the telephone and fax number that Patron is currently using to conduct its business.

**INTERROGATORY NO. 16**:  Identify all email addresses used by Patron employees, officers, shareholders, independent contractors and/or subcontractors to conduct business referring or relating to Patron.

**INTERROGATORY NO. 17**:  Identify by name, address and telephone number all current or former Bonus of Mpls Unit Franchisees that have provided cleaning services or supplies on behalf of Patron during the period January 1, 2009, to the present.

## DOCUMENT REQUESTS

**REQUEST NO. 1:**  All forms, brochures, letterhead, invoices, business cards, form bid or estimate sheets, form proposals, or any other documents used in the operation of "Patron Supply, Inc." or "Patron Building Supply" since January 1, 2009.

3

**REQUEST NO. 2:** All janitorial proposals provided to any client or prospective client of "Patron Supply, Inc." or "Patron Building Supply" during the period January 1, 2009, to the present.

**REQUEST NO. 3:** All written or electronic communications sent to any client, customer, prospective customer, contact, referral source, business associate, vendor, or person or entity referring or relating to the opening and operation of "Patron Supply, Inc." or "Patron Building Supply."

**REQUEST NO. 4:** Copies of all advertising, yellow pages, brochures, emails, flyers, janitorial proposals, or any other documents or publications used to promote "Patron Supply, Inc." or "Patron Building Supply" during the period January 1, 2009, to the present.

**REQUEST NO. 5:** Any documents that refer or relate to Defendants' preparation(s) for using the name "Patron Supply, Inc." or any derivative thereof, regardless of the date of the document or the content of the document.

**REQUEST NO. 6:** Any and all documents referring or relating to any transactions, contracts or agreements between Bonus of Mpls and Patron or its owners or shareholders, regardless of the date.

**REQUEST NO. 7:** All of Patron's written contracts with customers, including customers that are former, current or prospective customers of Bonus of Mpls, during the period January 1, 2009, to the present.

**REQUEST NO. 8:** A copy of all contracts between Patron and its sub-contractors during the period January 1, 2009, to the present.

**REQUEST NO. 9:** Any and all documents that identify the owners of Patron.

**REQUEST NO. 10:** All client lists, customer lists, contact lists, referral source lists, or any other lists of names used or maintained by each Defendant at any time during the period August 20, 2007, to the present.

**REQUEST NO. 11:** A copy of all contracts between Bonus of Mpls and its customers during the period January 1, 2009, to the present.

**REQUEST NO. 12:** A copy of all contracts between Bonus of Mpls and its sub-contractors during the period January 1, 2009, to the present.

**REQUEST NO. 13:** Monthly financial statements for Bonus of Mpls and Patron during the period January 1, 2009, to the present.

4

Dated:  May 21, 2010.                    GRAY, PLANT, MOOTY,
                                                                          MOOTY & BENNETT, P.A.


By _____
   Craig P. Miller (#26961X)
   Erin B. Stein (#0390260)
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612-632-3258
Facsimile:  612-632-4258
craig.miller@gpmlaw.com
erin.stein@gpmlaw.com

ATTORNEYS FOR PLAINTIFF

GP:2780556 v1

5